SCOTT J. FERRELL, Bar No. 202091
JAMES B. HARDIN, Bar No. 205071
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
jhardin@calljensen.com;

MARK P. ROBINSON, JR., Bar No. 54426
KEVIN F. CALCAGNIE, Bar No. 108994
JEOFFREY L. ROBINSON, Bar No. 97852
ROBINSON, CALCAGNIE & ROBINSON INC.
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Tel: (949) 720-1288
Fax: (949) 720-1292
mrobinson@rcrlaw.net
kcalcagnie@rerlaw.net
jrobinson@rcrlaw.net

Attorneys for Plaintiffs and the proposed class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIVERA and DAN ABELL, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIO-ENGINEERED SUPPLEMENTS & NUTRITION, INC., d/b/a BSN, INC., a Florida Corporation, CHRISTOPHER FERGUSON, an individual, and DOES 1 through 250, inclusive;<br><br>Defendants. | Case No. SACV07-1306 JVS (RNBx)<br><br>**DECLARATION OF PLAINTIFF MICHAEL RIVERA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:         February 25, 2008<br>Time:        1:30 p.m.<br>Judge:       Hon. James V. Selna<br>Courtroom: 10C<br><br>Complaint Filed: November 6, 2007<br>Trial Date:          None Set |

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

RIV03-01:342522_2.DOC: 2.1.2008                          - 1 -
DECLARATION OF PLAINTIFF MICHAEL RIVERA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# DECLARATION OF MICHAEL RIVERA

I, Michael Rivera, declare as follows:

1. The matters set forth in this declaration are facts that are within my own personal knowledge and, if called as a witness to testify concerning them, could do so competently.

2. For more than six years, I have been a certified personal trainer in Orange County and Los Angeles, California. Before becoming a personal trainer, I received a Bachelor of Science degree in Kinesiology Fitness at California State University Long Beach in 2007.

3. I have taken a number of nutritional supplements, including several creatine supplements by Bio-Engineered Supplements & Nutrition, Inc. ("BSN"). From approximately July 2005 through October 2007, I purchased and used BSN's Cellmass and N.O.-Xplode products.[1] I purchased and used these BSN products because the label on the bottle for the products represented that they contained a special, new and improved form of creatine called "Creatine Ethyl Ester Malate" or "CEM3." Based upon BSN's labels, I believed BSN's Cellmass, as well as the No-Xplode products, contained CEM3, which is supposed to be superior to ordinary creatine found in other companies' products.

4. In October of 2007, I learned that Call, Jensen & Ferrell ("CJ&F") was in the process of investigating BSN and its label claims. Upon learning this, I contacted CJ&F and expressed my interest in filing a lawsuit against BSN and serving as a class representative in this action.

///

///

///

---

[1] It is my understanding that BSN's Cellmass, Nitrix and N.O.-Xplode products are very popular. I personally know approximately 40-50 people, including my friends and clients, that have used BSN's Cellmass, Nitrix and N.O.-Xplode products.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

RIV03-01:342522_2.DOC: 1.31.2008                - 2 -
DECLARATION OF PLAINTIFF MICHAEL RIVERA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

5. I have read a press release prepared by BSN that falsely claims that this lawsuit is being driven by other interests; namely a Mr. David Lopez, Supplement Direct and SupplementPolice.com. Prior to my filing the present lawsuit, I had never even heard of David Lopez, Supplement Direct or SupplementPolice.com. BSN's speculation that I have a conflict of interest or am acting as a pawn for one of its competitors is false.

6. As alleged in the complaint, I am informed and believe that BSN's labels are false, in that Cellmass, Nitrix and N.O.-Xplode products do not contain any specialized form of creatine or CEM3. I believe consumers have a right to know what they are putting into their bodies and that nutritional supplement companies must be honest and held accountable for the ingredients purported to be in their products. My primary goal in bringing this lawsuit is to obtain a court order to stop BSN from continuing to make the false and misleading label claim that that CEM3 is in its products, including Cellmass, Nitrix and N.O.-Xplode. BSN should be required to label its products accurately so that purchasers and users of such products know what they are buying and putting into their bodies.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. This declaration was executed on January 28, 2008, at Huntington Beach, California.

Michael Rivera