**Robinson, Calcagnie & Robinson,**
**A Professional Corporation**
Incorporated 1986
**Newport Beach, California Office**
View all offices

620 Newport Center Drive
7th Floor
Newport Beach, California  92660
(Orange Co.)

Telephone: 949-720-1288
Fax: 949-720-1292
http://www.orangecountylaw.com

Contact via email

**About this office:**
The firm prides itself on being one of the preeminent plaintiff products liability practices in the United States. The firm has been a leader in products liability litigation ever since Mark P. Robinson Jr. was co-counsel in the landmark trial of Grimshaw v. Ford Motor Company, which resulted in a $128 million dollar verdict. Since that time the firm has represented thousands of individuals, businesses and public entities in actions involving defective products which have caused personal injuries, deaths, property damage or business losses.

The firm's courtroom successes in catastrophic personal injury cases include several noteworthy trials, and record setting verdicts. Mark and Jeoffrey Robinson were co-counsel in Anderson vs. General Motors, an automotive crashworthiness case, which resulted in a $4.9 billion dollar verdict. In August of 2006, Mark Robinson was lead trial counsel in Barnett v. Merck, a prescription drug injury action which resulted in a $51 million dollar jury verdict. In 2003 Jeoffrey Robinson and Allan Davis obtained a $31 million dollar verdict on behalf of a worker injured in a ski-lift maintenance accident.

In the field of automotive products liability, the firm has litigated hundreds of cases involving fuel system fires, SUV rollovers, occupant restraint system failures, roof crush, seat failures, and tire design and manufacturing defects, and has obtained numerous multi-million dollar jury verdicts, judgments and settlements, including a $15 million jury verdict against Hyundai by Mark Robinson and Kevin Calcagnie.

The firm has extensive experience in mass tort litigation and class actions involving pharmaceuticals, toxic exposure, medical devices, and military and commercial aviation disasters, and has represented thousands of individuals harmed by defective prescription drugs. In federal multidistrict litigation as well as state coordinated litigation, the firm has acted as liaison counsel or as a committee member in several nationwide mass torts. The firm also represented the County of Los Angeles in unfair business practices actions

**Exhibit 1**

against the tobacco industry. Under the terms of a settlement agreement the County will receive approximately $3.3 billion from tobacco manufacturers over 25 years. In 2003 the firm obtained a $45 million settlement in a consumer fraud class action.

The firm has also had success in a number of cases against public entities involving dangerous conditions arising from the defective design and maintenance of public roads and highways, including a $10.9 million verdict against the State of California Department of Transportation obtained by Allan Davis and Jeoffrey Robinson.
The firm is listed in Bar Register of Preeminent Lawyers and is able to communicate in the following languages: Spanish, Italian and French.

**Mark P. Robinson, Jr.**
*Member*
**Robinson, Calcagnie & Robinson,
A Professional Corporation**
620 Newport Center Drive
7th Floor
Newport Beach, California  92660
(Orange Co.)
Telephone: 949-720-1288
Fax: 949-720-1292
http://www.orangecountylaw.com
Email: Contact via email

 AV Peer Review Rated

**Experience & Credentials**

| | |
|---|---|
| **Practice Areas** | Products Liability; Civil Litigation; Personal Injury |
| **Peer Review Rating** | AV Rated. |
| **Education** | Loyola University of Los Angeles, J.D., cum laude, 1972, Stanford University, B.A., 1968 |
| **Admitted** | 1972, California |
| **Memberships** | State Bar of California; American Bar Association; California Trial Lawyers Association (Member, Board of Governors, 1978 and 1983); Consumer Attorneys of California (President, 1999); Orange County Trial Lawyers Association (Recipient, Orange County Trial Lawyer of the Year Award, 1996 and 1978; Mass Torts Trial Lawyer of the Year Award, 2006; President, 1981); International Society of Barristers; American Board of Trial Advocates. |

| | |
|---|---|
| **Born** | Pasadena, California, March 10, 1945 |
| **Biography** | Member, National Moot Court Society. Member, Los Angeles County District Attorney's Office, 1972-1973. Recipient, ABOTA Orange County Plaintiff Trial Lawyer of the Year Award, 1999. Named as one of California's Lawyers of the Year 1999 by California Lawyer Magazine. Author and Lecturer: "Punitive Damages in Product Liability Cases," Pepperdine Law Review, 1978; "A Futuristic Look at Products Liability Law & Closing Argument," Southern Methodist University Products Liability Institute, 1985; "Proving a Difficult Punitive Damages Case," California Trial Lawyers Association, 29th Annual Convention, 1990; "Proving Damages: Special Cases with Unique Problems of Proof," San Diego Trial Lawyers, 1991; "Obtaining Discovery from Auto Manufacturers," The Association of Trial Lawyers of America, Seminar 1986; "Product Liability Litigation: Overcoming Defenses of Alteration, Misuse and Superseding Causes," CTLA Forum, April 1991; "Product Liability Litigation: Discovery Relating to Other Products, Complaints, Injuries and Subsequent Conduct," CTLA Forum, October 1992; "Defective Automobile Seats," CAOC Forum, Jan./Feb. 1999; "Rear-impact Collisions Expose Seat Defects," ATLA Trial, March 1999; "Vehicle Roof Crush Persists During Rollover Crashes," ATLA Trial, August 2000; "Pharmaceutical Litigation: Choosing Between MDL's and Coordinated State Litigation," CAOC FORUM (November, 2001); "Selection of Experts in Auto Crashworthiness Cases," American Bar Association, THE BRIEF (Summer 2002).(Also at San Diego Office) |

**Kevin F. Calcagnie**
*Member*
**Robinson, Calcagnie & Robinson,
A Professional Corporation**
620 Newport Center Drive
7th Floor
Newport Beach, California  92660
(Orange Co.)
Telephone: 949-720-1288
Fax: 949-720-1292
http://www.orangecountylaw.com
Email: Contact via email

AV Peer Review Rated

**Experience & Credentials**

| | |
|---|---|
| **Practice Areas** | Products Liability; Civil Litigation; Personal Injury |
| **Peer Review Rating** | AV Rated. |
| **Education** | Western State University, J.D., 1983, California State University, Fullerton, B.A., 1977 |
| **Admitted** | 1983, California; 1987, U.S. Supreme Court and U.S. Court of Appeals, Ninth Circuit; U.S. Court of Appeals, Fifth Circuit |
| **Memberships** | Orange County Bar Association; State Bar of California; Consumer Attorneys of California (Member, Board of Governors, 1997; Education Chair, 1996); California Trial Lawyers Association (Member, Board of Governors at-Large 1993-1996); Orange County Trial Lawyers Association. |
| **Born** | Glendale, California, February 27, 1955 |
| **Biography** | Associate Editor, 1981 and Editor-in-Chief, 1982, Western State University Law Review. Recipient, American Jurisprudence Awards in Evidence and Uniform Commercial Code. Contributing Author: "Products Liability Litigation: Product Studies," Clark Boardman, Callaghan, 1996; "A Guide to Toxic Torts," Matthew Bender and Company, 1987. Author: "The ABC's of School Liability in California: A Primer for Lawyers, School Districts and Educators," CAOC FORUM (March 2006); "Vioxx and the Learned Intermediary Defense," Drug Recall Litigation Reporter, Andrews Publications (February 2005); "Inertial Unlatching of Defectively Designed Seatbelts," CAOC FORUM (October 2004); "Post-sale Duties to Warn, Recall and Retrofit Defective Products," Journal of Consumer Attorneys Associations for Southern California Advocate (July 2003); "Selection of Experts in Auto Crashworthiness Cases," American Bar Association, The Brief (Summer 2002); "Reining in the Buckman Defense: Evidence of a Defendant's Misrepresentations to a Government Agency Is Admissible to Prove State Tort Claims, CAOC Forum (July/August, 2002); "Pharmaceutical Litigation: Choosing Between MDL's and Coordinated State Litigation," CAOC Forum (November 2001); "To Join an MDL... or Not," ATLA Trial (July 2001); "Vehicle Roof Crush Persists During Rollover Crashes," ATLA Trial (August 2000); "Dangerous and Defective Roof Structures: Why Most Cars Are Not Crashworthy in Rollover Accidents," CAOC Forum (March 2000); "Defective Automobile Seats," CAOC Forum (Jan./Feb. 1999); "Rear-Impact Collisions |

Expose Seat Defects," ATLA Trial (March 1999); "The Learned-Intermediary Doctrine in Fen-Phen Litigation," Fen-Phen Litigation Strategist (September 1998); "The Case Against Nicotine," CAOC Forum (September 1997); "Automotive Fuel System Crashworthiness Litigation," Consumer Attorneys of California Forum (January 1997); "Fuel System Litigation: The Crashworthiness Angle, Association of Trial Lawyers of America Trial (November 1996); "Selection of Experts in Auto Crashworthiness Cases," CTLA Forum (September 1994); Association of Trial Lawyers of America Trial (May 1995); "Roadway Design Litigation: Essential Statutory and Decisional Law," CTLA Forum (November 1994); "Occupant Restraint System Litigation," CTLA Forum (October 1993); "Breast Implant Litigation: Maintaining a Strict Liability Cause of Action," CTLA Forum (1993); "Products Liability Litigation: Discovery Relating to Other Products, Complaints, Injuries and Subsequent Conduct," CTLA Forum (1992); Western State University Consumer Law Journal (1993); "Punitive Damages in Automobile Products Cases," Emerging Issues in Automobile Product Liability Litigation, The American Bar Association (1992); "Product Liability Litigation: Overcoming Defenses of Alteration, Misuse and Superseding Causes," California Trial Lawyers Association Forum (April 1991).(Also at San Diego Office)

**Jeoffrey L. Robinson**
*Member*
**Robinson, Calcagnie & Robinson,**
**A Professional Corporation**
620 Newport Center Drive
7th Floor
Newport Beach, California  92660
(Orange Co.)
Telephone: 949-720-1288
Fax: 949-720-1292
http://www.orangecountylaw.com
Email: Contact via email

AV Peer Review Rated

**Experience & Credentials**

**Practice Areas**          Products Liability; Personal Injury; Civil Litigation

**Peer Review Rating**  AV Rated.

| | |
|---|---|
| **Education** | Southwestern School of Law, J.D., 1980, University of the Pacific, B.A., 1977 |
| **Admitted** | 1981, California and U.S. District Court, Central District of California |
| **Memberships** | Orange County Bar Association; State Bar of California; Association of Trial Lawyers of America; Orange County Trial Lawyers Association; California Consumer Attorneys; California District Attorney's Association. |
| **Born** | Los Angeles, California, May 29, 1955 |
| **Biography** | Lecturer: "Governmental Entities," CAALA, 2000; "Anatomy of the Products Case," CAOC April 1, 2000; "Voire Dire-Selecting and Persuading your Judges," CAOC, November 20, 1999; "Cross Examination by the Masters," OCTLA, November 13, 2001; "Trial Tactics," MCLE, 1992; "Final Argument," CDAA, 1989; "Art of Voir Dire," 1987. . |

**Allan F. Davis**
*Member*
**Robinson, Calcagnie & Robinson,
A Professional Corporation**
620 Newport Center Drive
7th Floor
Newport Beach, California  92660
(Orange Co.)
Telephone: 949-720-1288
Fax: 949-720-1292
http://www.orangecountylaw.com
Email: Contact via email

AV Peer Review Rated

**Experience & Credentials**

| | |
|---|---|
| **Practice Areas** | Products Liability; Personal Injury; Highway Design Liability |
| **Peer Review Rating** | AV Rated. |
| **Education** | University of Wyoming, J.D., 1982, University of Wyoming, B.S., 1976 |

| | |
|---|---|
| **Admitted** | 1983, California |
| **Memberships** | State Bar of California; Orange County Trial Lawyers Association (Member, Board of Directors); The Association of Trial Lawyers of America; California Trial Lawyers Association; Association of Trial Lawyers of America. |
| **Born** | Portsmouth, Virginia, September 3, 1954 |
| **Biography** | Author: "California Code of Civil Procedures Section 340.1 and the Delayed Discovery Doctrine," CTLA Forum, July/August 1994; "An Overview of Discovery in Roadway Design Cases," CTLA Forum, December 1998; "Roadside Hazards," CTLA Forum, 2000. Lecturer, "Determining Damages in Personal Injury Actions," Continuing Education of the Bar, May 1995; "Roadside Hazards," CAOC Seminar, November 2000; "Litigating the Highway Defect Claim," Western Trial Lawyers Association Seminar, Hawaii, June 2001; "Discovery and Investigation in Highway Design Cases," CAOC Seminar, November 2001.(Also at San Diego Office) |