Robert D. Phillips, Jr. (SBN 82639)
Email: rphillips@reedsmith.com
Thomas J. Yoo (SBN 175118)
Email: tyoo@reedsmith.com
Jamie Lynn Frieden (SBN 229450)
Email: jfrieden@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Thomas A. Evans (SBN 202841)
Email: tevans@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone: +1 510 763 2000
Facsimile: +1 510 273 8832

Attorneys for Defendants Bio-Engineered Supplements & Nutrition, Inc. and Christopher Ferguson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIVERA and DAN ABELL, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>vs.<br><br>BIO-ENGINEERED SUPPLEMENTS & NUTRITION, INC., d/b/a BSN, INC., a Florida Corporation, CHRISTOPHER FERGUSON, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | No.: SACV07-1306 JVS (RNBx)<br><br>**ORDER GRANTING CONTINUANCE OF HEARING ON MOTION FOR CLASS CERTIFICATION AND RELATED DEADLINES**<br><br>[Filed concurrently with Ex Parte Application and Declarations of Robert D. Phillips and Thomas A. Evans]<br><br>Place: Courtroom 10C<br><br>Compl. Filed: November 6, 2007<br><br>Honorable James V. Selna |

# [PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON MOTION FOR CLASS CERTIFICATION AND RELATED DEADLINES

Good cause appearing, the Court hereby grants Defendants' Ex Parte Motion to Continue the Hearing on Motion for Class Certification and Related Deadlines. The parties shall hold a conference pursuant to Fed. R. Civ. P. 26(f) no later than February 20, 2008, so that discovery may commence. The briefing schedule for the Motion shall be as follows:

Opposition Brief: April 30, 2008
Reply Brief: June 4, 2008
Hearing: June 20, 2008 at 1:30 p.m.

**IT IS SO ORDERED:**

Dated: February 14, 2008

_____
The Honorable James V. Selna
United States District Court Judge

DOCSLA-15627335