SCOTT J. FERRELL, Bar No. 202091
JAMES B. HARDIN, Bar No. 205071
SCOT D. WILSON, Bar No. 223367
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
jhardin@calljensen.com
swilson@calljensen.com

MARK P. ROBINSON, Bar No. 54426
KEVIN F. CALCAGNIE, Bar No. 108994
JEOFFREY L. ROBINSON, Bar No. 97852
ROBINSON, CALCAGNIE & ROBINSON INC.
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Tel: (949) 720-1288
Fax: (949) 720-1292
mrobinson@rcrlaw.net
kcalcagnie@rcrlaw.net
jrobinson@rcrlaw.net

Attorneys for Plaintiffs and the proposed class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL RIVERA and DAN ABELL, individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

        vs.

BIO-ENGINEERED SUPPLEMENTS & NUTRITION, INC., d/b/a BSN, INC., a Florida Corporation, CHRISTOPHER FERGUSON, an individual, and DOES 1 through 250, inclusive;

        Defendants.

Case No. SACV07-1306 JVS (RNBx)

**NOTICE OF LODGMENT OF DEPOSITION TRANSCRIPTS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF CLASS CERTIFICATION**

Complaint Filed: November 6, 2007
Discovery Cutoff: February 16, 2009
Pretrial Conf. May 4, 2009
Trial Date: May 19, 2009

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

RIV03-01:420483_1:10.20.2008

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following original and/or certified copies of Deposition Transcripts are being lodged in Department 10C of the United States District Court in connection with the above-referenced hearing.

**A.      Depositions of Class Members**

1.      Certified Copy of the deposition of Richard Sisson, taken in Atlanta, Georgia on October 10, 2008.

2.      Certified Copy of the deposition of Joey Abner, taken in Atlanta, Georgia on October 10, 2008.

3.      Original of the deposition of Joseph Sarria, taken in Jacksonville, Florida on October 9, 2008.

4.      Original of the deposition of Erik Malin, taken in Anaheim, California on September 29, 2008.

5.      Original of the deposition of Frank Osuna, taken in Redlands, California on September 30, 2008.

**B.      Depositions of Plaintiffs' Experts**

1.      Certified Copy of the deposition of Jonathan Vennerstrom, taken in Los Angeles, California on September 19, 2008.

2.      Certified Copy of the deposition of Richard Chamberlin, taken in Los Angeles, California on September 18, 2008.

3.      Certified Copy of the deposition of Marvin E. Goldberg, taken in Pittsburgh, Pennsylvania on October 10, 2008.

/ / /

/ / /

/ / /

/ / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

RIV03-01:420483_1: 10.20.2008                - 1 -

NOTICE OF LODGMENT OF DEPOSITION TRANSCRIPTS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL
BRIEF IN SUPPORT OF CLASS CERTIFICATION

1       4.     Certified Copy of the deposition of Roger Harris, taken in Los Angeles,

2    California on September 18, 2008.

3   Dated:  October 20, 2008          CALL, JENSEN & FERRELL
                         A Professional Corporation

4                         SCOTT J. FERRELL
                         JAMES B. HARDIN

7                     By: *s/JAMES B. HARDIN*
                          JAMES B. HARDIN

8                     Attorneys for Plaintiffs and proposed class

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

RIV03-01:420483_1: 10.20.2008        - 2 -

NOTICE OF LODGMENT OF DEPOSITION TRANSCRIPTS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL
BRIEF IN SUPPORT OF CLASS CERTIFICATION