# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-1306 JVS (RNBx) | Date | August 19, 2008 |
| Title | Michael Rivera, et al. v. Bio Engineered Supplements & Nutrition, Inc., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (In Chambers)    ORDER VACATING
Plaintiffs' Motion for Preliminary Injunction (fld 1-21-09)

Plaintiffs' Motion for Partial Summary Judgment (fld 1-22-09)

Plaintiffs' Motion to Exclude Evidence of Approximately 60,000 belatedly produced documents and other appropriate relief (fld 2-6-09)

Defendants' Motion for Partial Summary Judgment as to Injunctive Relief, Fraud and Officer Liability (fld 2-19-09)

      The Court hereby orders the above reference motions VACATED in light of the preliminary approval of settlement in this matter and the scheduled final hearing on the settlement set for October 19, 2009.    Counsel may re-notice the above motions if settlement is not finalized in this matter.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |