UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 07-01306-JVS (RNBx) | Date October 19, 2009 |
| Title Michael Rivera, et al. v. Bio Engineered Supplements & Nutrition Inc., et al. | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| James Hardin | Thomas A. Evans |
| Scot Wilson | Thomas J. Yoo |
| Kevin Calcagnie | |
| | Katherine Winn for Clayton Starnes |

**Proceedings:**  Plaintiff's Motion for Final Approval of Class Action Settlement (Fld 9-29-09)

Plaintiff's Moton for Attorneys Fees and Reimbursement of expenses and Class Representative Enhancement Awards (fld 9-29-09)

   Cause called and counsel make their appearances. The Court's tentative ruling is issued. The Court and counsel confer. The Court hears argument of objector Clayton Starnes at this time.

   The Court continues the hearing on the above referenced motions to November 6, 2009 at 9:00 a.m. to allow counsel to address the issues in the Court's tentative ruling. The Court sets an interim telephonic status conference for October 26, 2009 at 1:15 p.m

|  | 0 : 11 |
|---|---|
| Initials of Preparer | kjt |