SCOTT J. FERRELL, Bar No. 202091
JAMES B. HARDIN, Bar No. 205071
SCOT D. WILSON, Bar No. 223367
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000; Fax: (949) 717-3100
sferrell@calljensen.com
jhardin@calljensen.com

MARK P. ROBINSON, Bar No. 54426
KEVIN F. CALCAGNIE, Bar No. 108994
JEOFFREY L. ROBINSON, Bar No. 97852
ROBINSON, CALCAGNIE & ROBINSON INC.
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Tel: (949) 720-1288
Fax: (949) 720-1292
mrobinson@rcrlaw.net
kcalcagnie@rcrlaw.net
jrobinson@rcrlaw.net

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIVERA and DAN ABELL, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIO-ENGINEERED SUPPLEMENTS & NUTRITION, INC., d/b/a BSN, INC., a Florida Corporation, CHRISTOPHER FERGUSON, an individual, and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. SACV07-1306 JVS (RNBx)<br><br>**JOINT FILING RE FINAL APPROVAL**<br><br>Date:        November 6, 2009<br>Time:       9:00 a.m.<br>Courtroom: 10C<br>Judge:      Hon. James V. Selna |

RIV03-01:573869_5.DOC: 11.4.2009

JOINT FILING RE FINAL APPROVAL

This Joint Filing Regarding Final Approval (this "Filing") is hereby filed by counsel for Plaintiffs Michael Rivera and Daniel Abell and the Settlement Class they represent ("Plaintiffs" and/or the "Class"), and Defendants Bioengineered Supplements & Nutrition, Inc. ("BSN") and Christopher Ferguson ("Ferguson" and, with BSN, "Defendants" and, together with the Class, the "Parties").

WHEREAS, on October 19, 2009, this Court tentatively ruled that it was prepared to enter final approval of the settlement in the above-captioned matter ("Settlement") on November 6, 2009 (the "Final Approval Date") provided the Parties agree to several conditions as set forth below.

WHEREFORE, the Parties, by and through their attorneys, agree as follows:

1. The period in which Class members may submit claims under the Settlement is extended to one-hundred (100) calendar days following the Final Approval Date (the "Extended Claims Deadline"). Refunds shall be mailed by the Claims Administrator no later than twenty-one (21) calendar days after the Extended Claims Deadline or twenty-one (21) calendar days after the Effective Date, whichever is later.

2. No later than ten (10) calendar days following the Final Approval Date, Defendants shall mail or email to each member of the Class for whom Defendants have a mailing or email address, the Extended Claim Notice and Supplemental Claim Form attached hereto as Exhibits "A" and "B," respectively.

3. No later than ten (10) calendar days following the Final Approval Date, Class Counsel shall submit the press release attached hereto as Exhibit "C" to the following sites: newsongmedia.com, dailyjournal.com, supplementpolice.com, businessweek.com, reuters.com, bloomberg.net, maxperformance.com,

1  classactionlitigation.com, bodybuilding.com, dowjones.com, thetribunenews.com,
2  bloomberg.net, and womenshealthmag.com.

4.   Authorized claimants under the Settlement are entitled to a $15.00 cash refund for each CEM3 product purchased during the class period and each authorized claimant may make claim(s) for to up to $60.00 in refunds. Authorized claimants may establish their claim through a statement submitted under penalty of perjury.

5.   No later than ten (10) calendar days following the Final Approval Date, Defendants shall create a conspicuous link on BSN's website (http://www.bsnonline.com/splash/interest.php) to the Extended Claim Notice and downloadable Supplemental Claim Form, until the Extended Claims Deadline. The websites already created and maintained by the Claims Administrator and Class Counsel shall also display the Extended Class Notice and a downloadable Supplemental Claim Form until the expiration of the Extended Claims Deadline.

6.   As set forth in the Settlement, all rebates redeemed by Class members shall be paid out in cash as they accrue.

7.   The obligation under the Settlement to pay any and all attorneys fees and costs awarded by the Court (the "Fee Disbursement") to a segregated interest-bearing account ("Escrow") within ten (10) day of "Final Approval" (as defined under the Settlement) is modified such that Defendants shall pay the Fee Disbursement into Escrow within forty-five (45) days of the Final Approval Date, with instructions that the Fee Disbursement and all interest generated thereon (as more fully set forth below) be distributed to Class Counsel immediately following the Effective Date (as defined under the Settlement). Interest generated from the Fee Disbursement shall include simple interest at 4.5% on the Fee Disbursement from November 16, 2009

(or ten days after the Final Approval Date, whichever is later), to the date the Fee Disbursement is deposited by Defendants into the Escrow.

8. As set forth in the Settlement, this Court shall continue to retain jurisdiction to entertain any dispute between the Parties regarding any term of the Settlement.

DATED: November 4, 2009              CALL, JENSEN & FERRELL, APC

*/s/ James B. Hardin*
By: JAMES B. HARDIN
    Attorneys for the Plaintiffs and the
    Settlement Class

DATED: November 4, 2009              ROBINSON   CALCAGNIE   &
                                     ROBINSON INC.

*/s/ Mark P. Robinson*
By: MARK P. ROBINSON
    Attorneys for the Plaintiffs and the
    Settlement Class

DATED: November 4, 2009              REED SMITH

*/s/ Thomas A. Evans*
By: Thomas A. Evans
    Attorneys for Defendants