SCOTT J. FERRELL, Bar No. 202091
JAMES B. HARDIN, Bar No. 205071
SCOT D. WILSON, Bar No. 223367
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000; Fax: (949) 717-3100
sferrell@calljensen.com
jhardin@calljensen.com

MARK P. ROBINSON, Bar No. 54426
KEVIN F. CALCAGNIE, Bar No. 108994
JEOFFREY L. ROBINSON, Bar No. 97852
ROBINSON, CALCAGNIE & ROBINSON INC.
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Tel: (949) 720-1288; Fax: (949) 720-1292
mrobinson@rcrlaw.net
kcalcagnie@rcrlaw.net
jrobinson@rcrlaw.net

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIVERA and DAN ABELL, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIO-ENGINEERED SUPPLEMENTS & NUTRITION, INC., d/b/a BSN, INC., a Florida Corporation, CHRISTOPHER FERGUSON, an individual, and DOES 1 through 250, inclusive;<br><br>Defendants. | Case No. SACV07-1306 JVS (RNBx)<br><br>**NOTICE OF LODGING [*PROPOSED*] JUDGMENT AND ORDER OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND DISMISSING CLAIMS** |

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

RIV03-01:582575_1: 11.9.2009         - 1 -
NOTICE OF LODGING [PROPOSED] JUDGMENT AND ORDER OF FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND DISMISSING CLAIMS

**TO ALL PARTIES AND COUNSEL OF RECORD,**

**PLEASE TAKE NOTICE** that Plaintiffs Michael Rivera and Dan Abell ("Plaintiffs") hereby lodge the [Proposed] Judgment And Order Of Final Approval Of Class Action Settlement And Dismissing Claims.

Dated:  November 9, 2009

CALL, JENSEN & FERRELL
A Professional Corporation
SCOTT J. FERRELL
JAMES B. HARDIN


By: s/James B. Hardin
      JAMES B. HARDIN

Attorneys for Plaintiffs and the Class

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

RIV03-01:582575_1: 11.9.2009                                        - 2 -
NOTICE OF LODGING [PROPOSED] JUDGMENT AND ORDER OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND DISMISSING CLAIMS